UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| ANTHONY WALLER, | ) | CASE NO. C05-1904-MJP-MAT |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER GRANTING PETITIONER'S |
| | ) | REQUEST FOR ADDITIONAL TIME |
| KENNETH QUINN, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

This matter comes before the Court on petitioner's request for additional time to file his brief in support of his federal habeas petition. The Court, having considered petitioner's request, and the balance of the record, does hereby find and ORDER:

(1)     Petitioner's request for additional time to file his brief in support of his federal habeas petition (Dkt. No. 7) is GRANTED. Petitioner is directed to file his brief not later than *February 20, 2006*. Petitioner is advised that no further extensions will be granted.

(2)     The Clerk is directed to send copies of this Order to and to the Honorable Marsha J. Pechman.

DATED this  19th  day of January, 2006.


Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING PETITIONER'S
REQUEST FOR ADDITIONAL TIME
PAGE -1