UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| ANTHONY WALLER, | ) | CASE NO. C05-1904-MJP-MAT |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER GRANTING |
| | ) | RESPONDENT'S MOTION FOR |
| KENNETH QUINN, | ) | EXTENSION OF TIME |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

The Court, having considered respondent's motion for extension of time, and the balance of the record, does hereby find and ORDER as follows:

(1) Respondent's motion for an extension of time to file an answer to petitioner's federal habeas petition (Dkt. No. 14) is GRANTED. Respondent is directed to file and serve his answer not later than *June 23, 2006*.

(2) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to the Honorable Marsha J. Pechman.

DATED this 26th day of May, 2006.

Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING RESPONDENT'S
MOTION FOR EXTENSION OF TIME
PAGE -1