01

02

03

04

05

06          UNITED STATES DISTRICT COURT
         WESTERN DISTRICT OF WASHINGTON
07                  AT SEATTLE

08  ANTHONY WALLER,                    )    CASE NO. C05-1904-MJP-MAT
                                       )
09          Petitioner,                )
                                       )
10      v.                             )    ORDER  DIRECTING  RESPONDENT
                                       )    TO SUPPLEMENT THE RECORD
11  KENNETH QUINN,                     )
                                       )
12          Respondent.                )
    _____ )
13

14          This is a federal habeas action brought pursuant to 28 U.S.C. § 2254.  On June 22, 2006,

15  respondent filed his response to petitioner's federal habeas petition.  In his response, respondent

16  indicates that despite repeated requests to the state court of appeals, he has not yet received from

17  that the court the verbatim reports of proceedings.  Respondent notes that because of his inability

18  to obtain the trial transcripts, he has been disadvantaged in his ability to respond to petitioner's

19  ineffective assistance of counsel claim.  Respondent nonetheless provides a response to the claim

20  which he states is based on citations to the record contained in the state's brief on appeal.  While

21  the Court appreciates respondent's effort to respond to petitioner's ineffective assistance of

22  counsel claim in the absence of a complete record, this Court concludes that the verbatim reports

ORDER DIRECTING RESPONDENT
TO SUPPLEMENT THE RECORD
PAGE -1

01  of proceedings are required before it proceeds to disposition of petitioner's claims.

02     Accordingly, this Court does hereby ORDER as follows:

03     (1)  Respondent is directed to supplement the record with the verbatim reports of

04  proceedings not later than ***September 1, 2006***.  If respondent is unable to obtain the transcripts

05  by that date, respondent shall instead submit to the Court a status report detailing what efforts

06  have been made in this regard, including dates of any inquiries to the state courts and the names

07  of the state court employees to whom the inquiries have been directed.

08     (2)  Petitioner's federal habeas petition (Dkt. No. 4) is RE-NOTED on the Court's

09  calendar for consideration on ***September 8, 2006***.

10     (3)  The Clerk is directed to send copies of this Order to petitioner, to counsel for

11  respondent, and to the Honorable Marsha J. Pechman.

12     DATED this <u>1st</u> day of August, 2006.

13

14              Mary Alice Theiler
                United States Magistrate Judge

15

16

17

18

19

20

21

22

ORDER DIRECTING RESPONDENT
TO SUPPLEMENT THE RECORD
PAGE -2