UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANTHONY WALLER,            )   CASE NO. C05-1904-MJP
                           )
    Petitioner,            )
                           )
    v.                     )   ORDER DENYING § 2254 PETITION
                           )
KENNETH QUINN,             )
                           )
    Respondent.            )
_____)

The Court, having reviewed petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, respondent's answer, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's petition for a writ of habeas corpus (Dkt. #4) is DENIED with prejudice.

(3) The Clerk is directed to send a copy of this Order to petitioner, to counsel for respondent, and to Judge Theiler.

DATED this __6th__ day of _____November_____, 2006.

*Marsha J. Pechman* (signature)

Marsha J. Pechman
U.S. District Judge

ORDER DENYING § 2254 PETITION
PAGE -1